```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 03241
   ANTHONY E WILLIAMS
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-2246


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 02/24/2007 and was confirmed 05/23/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 04/16/2008.
------------------------------------------------------------------------------
  CREDITOR NAME              CLASS         CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
IL STATE DISBURSEMENT UN DSO ARREARS    11438.52              .00              .00
ILLINOIS DEPT OF REVENUE PRIORITY       NOT FILED             .00              .00
ASSET ACCEPTANCE LLC     UNSECURED      NOT FILED             .00              .00
CAPITAL ONE              UNSECURED      NOT FILED             .00              .00
COLLECTION COMPANY OF AM UNSECURED      NOT FILED             .00              .00
CREDIT COLLECTION SERVIC UNSECURED      NOT FILED             .00              .00
HARVARD COLLECTION SERVI UNSECURED      NOT FILED             .00              .00
HARVARD COLLECTION SERVI UNSECURED      NOT FILED             .00              .00
HARVARD COLLECTION SERVI UNSECURED      NOT FILED             .00              .00
HOUSEHOLD FINANCE        UNSECURED      NOT FILED             .00              .00
ILLINOIS DEPT OF REVENUE UNSECURED      NOT FILED             .00              .00
LASALLE BANK             UNSECURED      NOT FILED             .00              .00
OFFICE OF SPECIAL DEPUTY UNSECURED      NOT FILED             .00              .00
RECEIVABLES MANAGEMENT I UNSECURED          75.00             .00              .00
RMI/MCSI                 UNSECURED      NOT FILED             .00              .00
AT & T BANKRUPCTY        UNSECURED      NOT FILED             .00              .00
SIR FINANCE              UNSECURED      NOT FILED             .00              .00
SIX MUNICIPAL DISTRICT   UNSECURED      NOT FILED             .00              .00
SOUTH SUBURBAN HOSPITAL  UNSECURED      NOT FILED             .00              .00
SPRINT PCS               UNSECURED      NOT FILED             .00              .00
STREAMLINE CAPITAL PARTN UNSECURED        2027.25             .00              .00
WILL COUNTY CIRCUIT CT C UNSECURED      NOT FILED             .00              .00
ASSET ACCEPTANCE LLC     UNSECURED         823.34             .00              .00
IL STATE DISBURSEMENT UN UNSECURED      NOT FILED             .00              .00
TANYA WILLIAMS           NOTICE ONLY    NOT FILED             .00              .00
ROBERT J SEMRAD & ASSOC  REIMBURSEMENT     334.00             .00           334.00
IL STATE DISBURSEMENT UN NOTICE ONLY    NOT FILED             .00              .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY      2,500.00                          1,418.15
TOM VAUGHN               TRUSTEE                                              124.85
DEBTOR REFUND            REFUND                                                  .00

        Summary of Receipts and Disbursements:

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 03241 ANTHONY E WILLIAMS
```

```
--------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                   1,877.00

PRIORITY                                           334.00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                   1,418.15
TRUSTEE COMPENSATION                               124.85
DEBTOR REFUND                                         .00
                         ---------------     ---------------
TOTALS                    1,877.00                1,877.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 07/23/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE



                              PAGE   2
           CASE NO. 07 B 03241 ANTHONY E WILLIAMS